# APPLICATION FOR WRIT OF HABEAS CORPUS

## UNITED STATES DISTRICT COURT

**UNITED STATES OF AMERICA**

- against -

Jermaine Rashawn Smalls

*Defendant.*

☑ 14  M 574
☐ Criminal Miscellaneous

The undersigned ☑ Assistant U.S. Attorney ☐ Special Attorney hereby applies to the captioned court for the issuance of a writ of habeas corpus ☑ ad prosequendum ☐ ad testificandum ☐ in re a motion pursuant to 28 U.S.C. § 2255 and avers:

1. Name of detainee (and detainee number, if known): Jermaine Rashawn Smalls (NYSID 01503273L)

2. Detained by ☐ Warden, New York Metropolitan Correctional Center, New York, New York
☑ Warden, New York City Department of Correction, Rikers Island
☐ Other:
*[Specify title of custodian and name and location of detention facility]*

3. Detainee is ☑ charged in this district by ☐ Indictment ☐ Information ☑ complaint with,
OR ☐ was convicted in this district of, violating Title 18, U.S.C. § 922(g), OR ☐ is a witness not otherwise available by the ordinary process of the Court.

4. Appearance is necessary on July 1, 2014, at 2 o'clock P M ☑ in Courtroom Number 2A, OR ☐ before the Federal Grand Jury sitting in Room Number ____, of the United States Courthouse for this district, for ☑ arraignment ☐ plea ☐ trial ☐ sentencing ☐ in re a motion pursuant to 28 U.S.C. § 2255 ☐ the purpose of giving necessary testimony in the captioned proceeding ☐ other purpose(s), specifically ____

Sworn to before me this 30 day of June, 2014

LINDA THORNTON
Notary Public, State of New York
No. 01TH6074799
Qualified in Kings County
Commission Expires May 20, 2018

*[signature]* Elizabeth Ann Geddes
☑ Assistant United States Attorney
Eastern District of New York
☐ Special Assistant United States Attorney

## WRIT OF HABEAS CORPUS

☑ Ad Prosequendum ☐ Ad Testificandum ☐ In Re Motion to Vacate

The instant application is granted and the above-named custodian, as well as the United States Marshal for this district, his deputies, and all other United States Marshals and their deputies, is and are each directed to produce the named detainee, in civilian clothes, on the date, at the time, and in the place recited above, and thereafter to maintain the said detainee within the jurisdiction of this Court pending the satisfaction of this writ or the further orders of the Court.

Dated: Brooklyn, New York
June 30, 2014

DOUGLAS C. PALMER
CLERK, E.D.N.Y.

*[signature]*
Deputy Clerk

A TRUE ATTEST
DATE 6/30 U.S.M.J. 2014
DOUGLAS C. PALMER
BY *[signature]* CLERK
DEPUTY CLERK